UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:21-cv-23216

ARI FINANCIAL GROUP, INC,

                     Plaintiff,

v.

JOSEF SCHIFFER and PROSPEROUS
FINANCIAL GROUP, LLC,

                     Defendants.

**DEFENDANTS' NOTICE OF REMOVAL**

    Defendants, JOSEF SCHIFFER and PROSPEROUS FINANCIAL GROUP, LLC, by and through their attorney, Berenthal & Associates, P.C., and pursuant to 28 U.S.C. §1446 hereby remove the above-captioned civil action from the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, to the United States District Court for the Southern District of Florida.

**A.    INTRODUCTION**

    1.    Plaintiff is ARI FINANCIAL GROUP, INC ("Plaintiff"); defendants are JOSEF SCHIFFER and PROSPEROUS FINANCIAL GROUP, LLC (collectively "Defendants").

    2.    On August 9, 2021, in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, Case No.: 2021-018845-CA-01 (44), Plaintiff commenced a civil action against Defendants alleging (I) breach of contract, (ii) violation of the Defend Trade Secrets Act (18 U.S.C. §1836 *et seq.*), (iii) misappropriation of trade secrets, (iv) defamation, (v) tortuous interference, and (vi) unjust enrichment.

    3.    Defendants JOSEF SCHIFFER and PROSPEROUS FINANCIAL GROUP, LLC

received notice of this suit on August 19, 2021. Defendants timely file this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b)(1). *Bd. of Regents of Univ. of Tex. Sys. v. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007).

**B.     BASIS FOR REMOVAL**

1. Removal is proper because Plaintiff's suit involves a federal question. 28 U.S.C. §§ 1331, 1441(a); *Grable & Sons Metal Prods., Inc. v. Darue Eng'g & Mfg.*, 545 U.S. 308, 312 (2005); *Broder v. Cablevision Sys. Corp.*, 418 F.3d 187, 194 (2d Cir. 2005); *Peters v. Union Pac. R.R.*, 80 F.3d 257, 260 (8th Cir. 1996). Specifically, Plaintiff allege one or more violations of the Defend Trade Secrets Act, 18 U.S.C. §1836 *et seq*. The court has supplemental jurisdiction over Plaintiff's state claims pursuant to 28 U.S.C. §1367.

2. All Defendants who have been properly joined and served join in or consent to the removal of this case to federal court. 28 U.S.C. § 1446(b)(2)(A); *Cook v. Randolph Cnty.*, 573 F.3d 1143, 1150–51 (11th Cir. 2009). Specifically, the only two defendants named in the action, Josef Schiffer and Prosperous Financial Group, LLC have made this notice of removal.

3. Copies of all process, pleadings, and orders in the state-court suit are attached to this notice as required by 28 U.S.C. § 1446(a), as Exhibit A.

4. Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending (Miami-Dade) is located in this district.

5. By filing this Notice of Removal, Defendants do not waive any defenses, and do not concede that Plaintiff has stated any claim upon which relief can be granted.

6. A copy of this Notice of Removal will be filed with the Clerk of the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, and notice of it will be served

on Plaintiff's counsel.

**C.     JURY DEMAND**

1.     Plaintiff did not demand a jury trial in the state-court suit. Defendants reserve the right to demand a jury trial.

**D.     CONCLUSION**

1.     As the instant action, originally filed in the Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida, and as all defendants join in removing the action to the United States District Court for the Southern District of Florida, and as such removal has been filed within the 30-day time period required by 28 U.S.C. § 1446(b)(1), for these reasons, Defendants asks the Court to remove the suit to the United States District Court for the Southern District of Florida.

Dated: September 6, 2021

                                       **BERENTHAL & ASSOCIATES, P.C.**

                                       By:     /s/ David W. Berenthal
                                                David W. Berenthal
                                                Florida Bar No. 159220
                                                E-mail: dwb@berenthalaw.com
                                                255 Alhambra Circle
                                                Suite 1150
                                                Coral Gables, FL 33134
                                                Telephone: (212) 302-9494

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2021, a true and correct copy of the foregoing was (I) filed with the Clerk of Court using the CM/ECF system (ii) filed with the Florida Courts E-Filing Portal which will send a notification of the filing to all counsel and parties of record, and (iii) sent to counsel for plaintiff by depositing a true copy of the same enclosed in a postpaid properly

addressed wrapper in an official depository under the exclusive care and custody of the United States Postal Service to KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 South Biscayne Boulevard, 27th Floor, Miami, FL 33131

By: /s/ David W. Berenthal