

# MIAMI-DADE COUNTY CLERK OF THE COURTS

## HARVEY RUVIN

Contact Us        My Account

# CIVIL, FAMILY AND PROBATE COURTS ONLINE SYSTEM



BACK

### ARI FINANCIAL GROUP INC VS JOSEF SCHIFFER ET AL

| | | | |
|---|---|---|---|
| **Local Case Number:** | 2021-018845-CA-01 | **Filing Date:** | 08/09/2021 |
| **State Case Number:** | 132021CA018845000001 | **Judicial Section:** | CA44 |
| **Consolidated Case No.:** | N/A | **Case Type:** | Contract & Indebtedness |
| **Case Status:** | OPEN | | |

### Parties

Total Of Parties: 3

| Party Description | Party Name | Attorney Information | Other Attorney(S) |
|---|---|---|---|
| Plaintiff | ARI FINANCIAL GROUP INC | **B#:** 77603<br>**N:** Rubens, Josh M | |
| Defendant | SCHIFFER, JOSEF | | |
| Defendant | PROSPEROUS FINANCIAL GROUP LLC | | |

## Hearing Details

Total Of Hearings: 0

| Hearing Date | Hearing Time | Hearing Code | Description | Hearing Location |
| --- | --- | --- | --- | --- |

## Dockets

Total Of Dockets: 12

| | Number | Date | Book/Page | Docket Entry | Event Type | Comments |
| --- | --- | --- | --- | --- | --- | --- |
| ☐ | 10 | 08/25/2021 | | Service Returned | Event | Parties: PROSPEROUS FINANCIAL GROUP LLC |
| ☐ | 9 | 08/25/2021 | | Service Returned | Event | Parties: SCHIFFER JOSEF |
| | | 08/12/2021 | | 20 Day Summons Issued | Service | |
| ☐ | 8 | 08/12/2021 | | ESummons 20 Day Issued | Event | **RE: INDEX # 5.** Parties: PROSPEROUS FINANCIAL GROUP LLC |
| | | 08/12/2021 | | 20 Day Summons Issued | Service | |
| ☐ | 7 | 08/12/2021 | | ESummons 20 Day Issued | Event | **RE: INDEX # 4.** Parties: SCHIFFER JOSEF |
| | 6 | 08/12/2021 | | Receipt: | Event | RECEIPT#:2970092 AMT PAID:$20.00 NAME:RUBENS, JOSH M 201 S BISCAYNE BLVD STE 2700 MIAMI FL 33131-4330 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 3139-SUMMONS ISSUE FEE 1 $10.00 $10.00 TENDER TYPE:E-FILING ACH TENDER AMT:$20.00 RECEIPT DATE:08/12/2021 REGISTER#:297 CASHIER:EFILINGUSER |
| ☐ | 5 | 08/11/2021 | | (M) 20 Day (C) Summons (Sub) | Event | |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | Received |
| ☐ | 4 | 08/11/2021 | (M) 20 Day (P) Summons (Sub) Received | Event | |
| | 3 | 08/10/2021 | Receipt: | Event | **RECEIPT#:2880113 AMT PAID:$401.00 NAME:RUBENS, JOSH M 201 S BISCAYNE BLVD STE 2700 MIAMI FL 33131-4330 COMMENT: ALLOCATION CODE QUANTITY UNIT AMOUNT 3100-CIRCUIT FILING FEE 1 $401.00 $401.00 TENDER TYPE:E-FILING ACH TENDER AMT:$401.00 RECEIPT DATE:08/10/2021 REGISTER#:288 CASHIER:EFILINGUSER** |
| ☐ | 2 | 08/09/2021 | Complaint | Event | |
| ☐ | 1 | 08/09/2021 | Civil Cover Sheet - Claim Amount | Event | |



**BACK**

**Please be advised:**

The Clerk's Office makes every effort to ensure the accuracy of the following information; however it makes no warranties or representations whatsoever regarding the completeness, accuracy, or timeliness of such information and data. Information on this website has been posted with the intent that it be readily available for personal and public non-commercial (educational) use and to provide the public with direct online access to information in the Miami-Dade Clerk's Office information systems. Other than making limited copies of this website's content, you may not reproduce, retransmit, redistribute, upload or post any part of this website, including the contents thereof, in any form or by any means, or store it in any information storage and retrieval system, without prior written permission from the Miami-Dade Clerk's Office.

If you are interested in obtaining permission to reproduce, retransmit or store any part of this website beyond that which you may use for personal use, as defined above, visit our [Web API Services](#). You can review the complete [Miami-Dade County Disclaimer](#).

## General

Online Case Home

Civil / Family Courts Information

Login

## Help and Support

Clerk's Home

Privacy Statement

ADA Notice

Disclaimer

Contact Us

About Us



### HARVEY RUVIN

Miami-Dade County
Clerk of the Courts

73 W. Flagler Street
Miami, Florida 33130

305-275-1155

©2021 Clerk of the Courts. All rights reserved.

