## RETURN OF SERVICE

State of Florida        County of Miami-Dade        Circuit Court

Case Number: 2021-018845-CA-01

Plaintiff:
ARI FINANCIAL GROUP, INC

vs.

Defendant:
JOSEF SCHIFFER and PROSPEROUS FINANCIAL GROUP, LLC

For:
Josh M Rubens
Kluger Kaplan Silverman Katzen & Levine, PL
201 S Biscayne Blvd
17th Floor
Miami, FL 33131

Received by DLE Process Servers, Inc on the 12th day of August, 2021 at 1:41 pm to be served on **PROSPEROUS FINANCIAL GROUP, LLC Josef Schiffer, Registered Agent, 92 Sw 3rd Street, Apt 1908, Miami, FL 33130**.

I, Christopher Mas, do hereby affirm that on the **19th day of August, 2021** at **3:35 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint for Damages and Injunctive Relief.** with the date and hour of service endorsed thereon by me, to: **Josef Schiffer** as Registered Agent for PROSPEROUS FINANCIAL GROUP, LLC, at the address of: **40 Sw 13th St, #904, Miami, FL 33130**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
8/13/2021  12:56 pm  Attempted service at 92 Sw 3rd Street, Apt 1908, Miami, FL  33130, no answer at unit. Listed per guard.
8/14/2021  3:09 pm  Attempted service at 92 Sw 3rd Street, Apt 1908, Miami, FL  33130, no answer at unit.
8/16/2021  6:20 pm  Attempted service at 92 Sw 3rd Street, Apt 1908, Miami, FL  33130, still no answer at unit.
8/17/2021  2:07 pm  Attempted service at 92 Sw 3rd Street, Apt 1908, Miami, FL  33130, no answer at unit.
8/18/2021  10:22 am  Attempted service at 92 Sw 3rd Street, Apt 1908, Miami, FL  33130, still no answer at unit.
8/19/2021  3:35 pm  Service completed at 40 Sw 13th St, #904, Miami, FL 33130 -- Individually served.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

Christopher Mas
1623

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2021034397
Ref: 8968.1

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

Filing # 132448034 E-Filed 08/11/2021 10:56:21 AM

| IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA |||
|---|---|---|
| CIVIL DIVISION | **CIVIL ACTION SUMMONS**<br><br>(En Espanol al Dorso)   (Francais Au Verso) | CASE NUMBER<br><br>2021-018845-CA-01 (44) |
| PLAINTIFF(S)<br><br>ARI FINANCIAL GROUP, INC. | v. DEFENDANT(S)<br><br>JOSEF SCHIFFER and PROSPEROUS FINANCIAL GROUP, LLC | CLOCK IN<br><br>8/19/21<br>3:35pm<br>Josef Schiffer<br>apt<br>1623 |
| To:   PROSPEROUS FINANCIAL GROUP, LLC | Address: Josef Schiffer, Registered Agent<br>92 SW 3rd St, Apt 1908<br>Miami, FL 33130 ||

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached Complaint, with the clerk of this court. A phone call will not protect you; your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court, located at:

Clerk of the Court
Miami-Dade County
73 West Flagler Street
Miami, FL 33131
(305) 275-1155

You must also mail or take a copy of your written response to the person named below and file your response to the Court,

**AMERICANS WITH DISABILITIES ACT OF 1990**
In accordance with The Americans With Disabilities Act of 1990 (ADA), persons with disabilities needing a special accommodation to participate in this proceeding should contact the Court ADA Coordinator at 73 West Flagler Street, Room 1600, Miami, FL 33130, Telephone: 305-375-2006, or if hearing or speech impaired, TDD/TTY: 305-375-2007, within two (2) days of your receipt of this legal notice.  If hearing or voice impaired, you may also call TDD/TTY: 800-955-8771 via Florida Relay Service.

| Plaintiff/Plaintiff Attorney:<br>Josh M. Rubens, Esq.<br>Fla. Bar. No: 77603<br>jrubens@klugerkaplan.com<br>(305) 379-9000 | Address:<br>KLUGER KAPLAN SILVERMAN KATZEN & LEVINE, P.L.<br>201 S. Biscayne Blvd, 27th Floor<br>Miami, FL 33131 |
|---|---|

TO EACH SHERIFF OF THE STATE OF FLORIDA:

| CLERK OF THE COURT<br><br>Harvey Ruvin,<br>Clerk of Courts | By: _217043_<br>[signature]<br>DEPUTY CLERK | [seal] | DATE<br><br>8/12/2021 |
|---|---|---|---|

## IMPORTANTE

Usted ha sido demandado legalmente. Tiene veinte (20) dias, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá; si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas en dicho caso. Si usted no contesta la demanda a tiempo, pudiese perder el caso y podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal que aparecen en la quía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney." (Demandante o Abogado del Demandante).

## IMPORTANT

Des poursuites judiciares ont été entreprises contre vous. Vous avez 20 jours consécutifs à partir de la date de l'assignation de cette citation pour déposer une reponse écrite à la plainte ci-jointe auprès de ce tribunal. Un simple coup de téléphone est insuffisant pour vous protéger; vous êtes obligé de déposer votre réponse écrite, avec mention du numéro de dossier ci-dessus et du nom des parties nommées ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne déposez pas votre reponse écrite dans le délai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, sans aucun préavis ultérieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requérir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez téléphoner à un service de reference d'avocats ou a un bureau d'assistance juridique (figurant à l'annuaire de téléphones).

Si vous choisissez de deposer vous-même une réponse écrite, il vous faudra également, en même temps que cette formalité, faire parvenir ou expédier une copie de votre response ecrite au "Plaintiff/Plaintiff's Attorney" (Plaignant ou a son avocat) nommé ci-dessous.