UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-23216-CIV-SCOLA/GOODMAN

ARI FINANCIAL GROUP, LLC,

    Plaintiff,

v.

JOSEF SCHIFFER and PROSPEROUS
FINANCIAL GROUP, LLC,

    Defendants.
_____/

## JOINT DISCOVERY PLAN AND CONFERENCE REPORT

Plaintiff, ARI FINANCIAL GROUP, LLC ("**AFG**"), and Defendants, Josef Schiffer ("**Schiffer**") and Prosperous Financial Group, LLC ("**Prosperous**") (collectively, Plaintiff and Defendants are referred to herein as the "**Parties**"), through undersigned counsel and pursuant to Fed. R. Civ. P. 26(f), Local Rule 16.l(b), and this Court's Paperless Order dated October 19, 2021 ("**Order**"), file this Joint Discovery Plan and Conference Report ("**Report**"), as follows:

    **I.**    **Information Required by S.D. Fla. L.R. 16.1(b)**

    **A. Likelihood of Settlement.** The likelihood of settlement is unknown at this time. The parties are open to settlement if possible.

    **B. Likelihood of Appearance in the Action of Additional Parties.** The parties do not presently anticipate any additional parties, but reserve the right to add any additional parties subject to the deadline to add parties that is proposed in Section II(F) below. The Standard Track sets forth a deadline to add parties of five (5) weeks after entry of the Scheduling Order. Given the current status of the pleadings, the parties request that this deadline be December 21, 2021.

C. **Discovery Schedule/Selection of Standard Case Track.** The parties advise the Court that they would prefer to be assigned to the Standard Scheduling Track, which has been used to calculate the deadlines set forth in Section II(F) below.

D. **Proposals for the Formulation and Simplification of Issues**. At this time, the parties do not have any proposals for the formulation and simplification of any issues. The parties will continue to consider in good faith any way in which the matters in this case could be simplified.

E. **Necessity of Amendments to Pleadings.** On August 9, 2021, Plaintiff commenced this action by filing its Complaint in the Circuit Court in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida (the "**State Court**"). On September 6, 2021, Defendants filed a Notice of Removal of the Complaint to this Court [ECF No. 1]. On September 8, 2021, Plaintiff filed its Amended Complaint [ECF No. 5]. Plaintiff filed a Renewed Motion for Remand on September 8, 2021 [ECF No. 6]. On October 11, 2021, Defendants filed a Corrected Motion to Dismiss the Complaint [ECF No. 12]. On October 15, 2021, Defendants filed their Response in Opposition to Plaintiff's Amended Motion for Remand, and a stand-alone Counterclaim asserting federal claims against Plaintiff [ECF Nos. 13, 14]. On October 22, 2021, Plaintiff filed its Motion to Strike Defendants' Counterclaim [ECF No. 17]. Also, on October 22, 2021, Plaintiff also filed its Reply in Support of its Amended Motion for Remand [ECF No. 18] and its Motion for Extension of Time to Reply to Defendants' Corrected Motion to Dismiss [ECF No. 16].

The Standard Track sets forth a deadline to amend pleadings of five (5) weeks after entry of the Scheduling Order. Given the current status of the pleadings, the Parties request that this deadline be December 21, 2021 and respectfully reserve the right to amend as permitted by Fed.

R. Civ. P. 15.

F. **Admissions and Stipulations Which Will Avoid Unnecessary Proof**. The Parties will work together to obtain admissions of fact and of documents, and stipulations regarding authenticity of documents and ESI, to narrow the need for Court rulings regarding such issues prior to or at trial.

G. **Suggestions for the Avoidance of Unnecessary Proof and of Cumulative Evidence**. The Parties will work together to obtain admissions and stipulations that will avoid unnecessary proof and presentation of cumulative evidence at trial.

H. **Referral of Matters to Magistrate Judge.** The Parties do not consent to trial by the Magistrate Judge, and do not consent to the disposition of dispositive pre-trial motions by a Magistrate Judge.

I. **Preliminary Estimate of the Time Required for Trial.** The Parties believe that this matter will require 4-5 days of trial.

J. **Pretrial Conference and Trial Dates.** The Parties request that the pretrial conference and trial be scheduled as set forth in Section II(F) below.

K. **Other Information Helpful to the Court in Setting the Case for Status or Pretrial Conference**. At this time, the parties are unaware of any other information that might be helpful to the Court in setting the case for status or pretrial conference.

II. **Discovery Plan Pursuant to Fed. R. Civ. P.26(f)**

A. **Timing, form, or requirement for disclosures under Rule 26(a).** The Parties have agreed to exchange initial disclosures pursuant to Federal Rule of Civil Procedure 26(a) by December 10, 2021.

B. **Subject and timing of discovery.** The Parties may conduct discovery relating to the

issues raised in the Amended Complaint and Counterclaim, in accordance with the deadlines in the Proposed Scheduling Order based on the Standard Track, Exhibit "1" hereto.

C. **Discovery of electronically stored information.** The Parties will confer regarding discovery of electronically stored information. Document production shall be done initially in PDF or hard copy format. Production of electronically stored information (ESI) in native format with intact metadata shall not generally be required. In the event questions arise relating to the genuineness, authenticity, disposal, alteration or modification of any particular documents, counsel for the Parties will discuss production of same in native format, with metadata, if such is available for the involved documents.

D. **Procedure regarding production of confidential information.** The Parties are competitors in the advanced life insurance concepts and premium financing services industry. The Parties shall discuss the form of an agreement and proposed order to protect the confidentiality of information (documents and testimony) disclosed in discovery, and plan to submit same to the Court for approval and entry as an Order.

E. **Changes to or Limitations on Discovery Under the Applicable Rules.** The Parties plan to conduct discovery as permitted by the applicable rules and do not foresee a need for any further changes or limitations thereto.

F. **Proposed Deadlines.** The Parties shall comply with the following schedule:

| | |
|---|---|
| DEADLINE TO JOIN ADDITIONAL PARTIES OR TO AMEND PLEADINGS | December 21, 2021[1] |
| DEADLINE TO FILE JOINT INTERIM STATUS REPORT | February 8, 2021 |

---

[1] The Standard Track sets forth a deadline to amend pleadings of five (5) weeks after entry of the Scheduling Order, i.e., November 23, 2021. Given the current status of the pleadings, the Parties request that this deadline be December 21, 2021.

| | |
|---|---|
| DEADLINE TO COMPLETE ALL DISCOVERY<br><br>DEADLINE TO SUBMIT JOINT NOTICE INDICATING WHETHER THE PARTIES CONSENT TO JURISDICTION BEFORE THE DESIGNATED MAGISTRATE JUDGE FOR PURPOSES OF FINAL DISPOSITION<br><br>DEADLINE TO EXCHANGE EXPERT WITNESS SUMMARIES/REPORTS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2). REBUTTAL DISCLOSURES ARE PERMITTED, AND MUST CONFORM TO THE DEADLINE SET FORTH IN FEDERAL RULE OF CIVIL PROCEDURE 26(A)(2)(D)(ii)<br><br>(WHEN A TREATING PHYSICIAN TESTIFIES REGARDING OPINIONS FORMED AND BASED UPON OBSERVATIONS MADE DURING THE COURSE OF TREATMENT, THE TREATING PHYSICIAN NEED NOT PRODUCE A RULE 26(a)(2)(B) REPORT. BY CONTRAST, TREATING PHYSICIANS OFFERING OPINIONS BEYOND THOSE ARISING FROM TREATMENT ARE EXPERTS FROM WHOM FULL RULE 26(a)(2)(B) REPORTS ARE REQUIRED.) | April 26, 2022 |
| DEADLINE FOR THE FILING OF ALL DISPOSITIVE MOTIONS. | May 10, 2022 |
| DEADLINE TO COMPLETE MEDIATION, CONSISTENT WITH THE ORDER OF REFERRAL TO MEDIATION (WHICH IMMEDIATELY FOLLOWS THIS SCHEDULING ORDER) | May 24, 2022 |
| DEADLINE TO COMPLETE ALL EXPERT DISCOVERY | June 28, 2022 |
| DEADLINE FOR THE FILING OF PRETRIAL MOTIONS, INCLUDING MOTIONS IN LIMINE AND *DAUBERT* MOTIONS | August 30, 2022 |

| | |
|---|---|
| DEADLINE TO FILE JOINT PRETRIAL STIPULATION PURSUANT TO LOCAL RULE 16.1(e) AND PRETRIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(3) | October 3, 2022 |
| DEADLINE TO FILE PROPOSED JURY INSTRUCTIONS (IF THE MATTER IS SET FOR A JURY TRIAL) OR PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW (IF THE MATTER IS SET FOR A BENCH TRIAL PURSUANT TO LOCAL RULE 16.1(k). | October 17, 2022 |
| TRIAL PERIOD | November 7, 2022[2] |

We hereby certify that all parties have met and conferred regarding all proposed dates for the Joint Discovery Plan and Conference Report and certify that all dates proposed in the Joint Discovery Plan have been agreed to by the parties.

Date: October 26, 2021

**Respectfully submitted***:*

| | |
|---|---|
| **KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.**<br>*Counsel for Plaintiff*<br>Citigroup Center, 27th Floor<br>201 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 379-9000<br>Facsimile: (305) 379-3428<br><br>By: /s/ Michael T. Landen | **BERENTHAL & ASSOCIATES, P.C.**<br>*Counsel for Defendants*<br>255 Alhambra Circle<br>Suite 1150<br>Coral Gables, Florida 33134<br>Telephone: (212) 302-9494<br>Facsimile: (212) 354-5625<br><br>By: /s/ David W. Berenthal |

---

[2] In light of the Jewish holidays which fall in the 48 week timeframe from today, Defendants' counsel requests that the trial date be pushed back to November 7, 2022 to allow for preparation.

6

| | |
|---|---|
| Abbey L. Kaplan<br>Fla. Bar No. 200255<br>akaplan@klugerkaplan.com<br>Josh M. Rubens<br>Fla. Bar No. 77603<br>jrubens@klugerkaplan.com<br>Michael T. Landen<br>Fla. Bar No. 161144<br>mlanden@klugerkaplan.com | David W. Berenthal<br>Fla. Bar No. 159220<br>dwb@berenthalaw.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

David W. Berenthal, Esq.
*Attorney for Defendants*
255 Alhambra Circle
Suite 1150
Coral Gables, FL 33134
dwb@berenthalaw.com

By: /s/ *Michael T. Landen*
    Michael T. Landen